**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEIGH NOYES, | ) Case No. 5:25-cv-00650-JC |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the concurrently issued Order Granting Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405g and to Entry of Judgment, IT IS ADJUDGED that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the parties' Stipulation to Remand. Final judgment is entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ADJUDGED.

DATED: July 2, 2025

　　　　　　　　　　　　　　　　　　　　/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE